1 | Jon O. Blanda, Esq. (State Bar No. 217222)
2 | Angela A. Velen, Esq. (State Bar No. 217292)
    Jeffery Mukai, Esq. (State Bar No. 273338)
3 | **COLLECTION AT LAW, INC. A.P.C.**
    3835 East Thousand Oaks Blvd. Suite R-349
4 | Westlake Village, California 91362
    Telephone (818) 716-7630
5 | Telecopier (818) 716-7775

6 | Attorneys for Plaintiff
7 | WILLIAM DOUGLAS WHITE, Trustee,

## UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

| In re: | Case. No.: 2:19-mc-00028 |
|---|---|
| BUTLER INNOVATIVE SOLUTIONS <br>         Debtor(s). | **REQUEST FOR AN ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |
| WILLIAM DOUGLAS WHITE, Trustee, <br>         Plaintiff, <br>     v. <br> JENNENE PUGH, <br>         Defendant(s). | [No Hearing Required] |

Judgment Creditor WILLIAM DOUGLAS WHITE, Trustee, pursuant to the provisions of Rule 7069 of the Federal Rules of Bankruptcy Procedure and Rules 4(c) and 69 of the Federal Rules of Civil Procedure, requests that Provest Attorney Service, whose registered process servers are at least eighteen years of age, of suitable discretion, and not a party to this action, be authorized and appointed to serve writs.

Date: 4/18/19

COLLECTION AT LAW, INC.

JON O. BLANDA, ESQ.

1.
**REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**