1  Jon O. Blanda, Esq. (State Bar No. 217222)
   Angela A. Velen, Esq. (State Bar No. 217292)
2  Jeffery Mukai, Esq. (State Bar No. 273338)
   **COLLECTION AT LAW, INC. A.P.C.**
3  3835 East Thousand Oaks Blvd. Suite R-349
4  Westlake Village, California 91362
   Telephone (818) 716-7630
5  Telecopier (818) 716-7775

6  Attorneys for Plaintiff
7  WILLIAM DOUGLAS WHITE, Trustee,

8

9         UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

10

11 | In re:                                    | **Case. No.: 2:19-mc-00028**
12 | BUTLER INNOVATIVE SOLUTIONS               |
13 |                   Debtor(s).              | **[PROPOSED] ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**
14 |                                           |
15 | WILLIAM DOUGLAS WHITE, Trustee,           | **[No Hearing Required]**
16 |                   Plaintiff,              |
17 |            v.                             |
18 | JENNENE PUGH,                             |
19 |                                           |
20 |                   Defendant(s).           |

21

22     For Good Cause Appearing, the Court ORDERS that Provest Attorney Service is authorized

23 and appointed to serve writs in the above captioned matter. The United States Marshals Office shall

24 remain the Levying Officer.

25 Date:                                          _____.
                                                  U.S. DISTRICT COURT JUDGE
26                                                CENTRAL DISTRICT OF CALIFORNIA

27

28
                                              1.
**REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**